John Mirro et al., Respondents, *v.* State of New York, Appellant.   (Claim No. 24173.)

Argued March 7, 1941; decided April 17, 1941.

*John J. Bennett, Jr., Attorney-General (Gerald J. Carey* and *Leon M. Layden* of counsel), for appellant.

*Paul Tison* and *Louis J. Carruthers* for Long Island Railroad Company.

*Israel Uhrman* and *Jacob B. Gersten* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.